FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. VILLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 05-8220-GAF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///

---

　　[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1  IT IS ORDERED that Judgment shall be entered (1) the District Court issue
2  an Order: (a) approving and adopting this Report and Recommendation; (b)
3  denying Plaintiff's Motion for Summary Judgment; (c) granting Defendant's Cross-
4  Motion for Summary Judgment; and (2) entering Judgment affirming the decision
5  of the Commissioner, and dismissing this action with prejudice.

6
7  DATED: 3/31/08
8  HONORABLE GARY A. FEESS
   United States District Judge
9
10 Prepared by:
11
12
13 HONORABLE OSWALD PARADA
   United States Magistrate Judge