FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. VILLA, | Case No. CV 05-8220-GAF (OP) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order of the Court approving the Recommendation of the United States Magistrate Judge and adopting the same as the facts and conclusions of law herein,

///
///
///

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS ADJUDGED that Judgment be entered (1) the District Court issue an Order: (a) approving and adopting this Report and Recommendation; (b) denying Plaintiff's Motion for Summary Judgment; (c) granting Defendant's Cross-Motion for Summary Judgment; and (2) entering Judgment affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED: 3/31/08

HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge