UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. VILLA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>        Defendants. | Case No. CV 05-8220-GAF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner JoAnne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d)(1).

IT IS ORDERED that the Judgment be entered (a) approving and adopting this Report and Recommendation; (b) denying Plaintiff's Motion for Summary Judgment; (c) granting Defendant's Cross-Motion for Summary Judgment; and (d) affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED: 6/6/08

HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge