JS6-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. VILLA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>   Defendants. | Case No. CV 05-8220-GAF (OP)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the Recommendation of the United States Magistrate Judge and adopting the same as the facts and conclusions of law herein,

///
///
///

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner JoAnne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d)(1).

1  IT IS ADJUDGED that Judgment be entered (a) approving and adopting this
2  Report and Recommendation; (b) denying Plaintiff's Motion for Summary
3  Judgment; (c) granting Defendant's Cross-Motion for Summary Judgment; and (d)
4  affirming the decision of the Commissioner and dismissing this action with
5  prejudice.

8  DATED: 6/6/08

_____
HONORABLE GARY A. FEESS
United States District Judge

11  Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge